UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TODD BROWN,

                       **Plaintiff,**                **STIPULATION**

                   - against -                  22-cv-02949 (ALC)(GWG)

NEW YORK CITY TRANSIT AUTHORITY, ET AL.,

                       **Defendants.**
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorney for the plaintiff and the attorney for the defendants that: 1) defendants New York City Transit Authority, Sarah E. Feinberg and Joseph Nasella acknowledge service of the summons and complaint and 2) defendants' time to respond to the complaint in the above-entitled action, by motion or answer, is extended to June 24, 2022.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile signatures herein shall be considered as original signatures.

Dated: New York, New York
        May 3, 2022

| | |
|---|---|
| **MADUEGBUNA COOPER LLP** | **DAVID I. FARBER** |
| Attorney for Plaintiff | Vice President and General Counsel |
| 30 Wall Street, 8th floor | New York City Transit Authority |
| New York, New York 10005 | 30 Livingston Street, Rm. 1243s |
| (212) 232-0155 | Brooklyn, New York 11201 |
| By:  *Samuel O. Maduegbuna* | (718) 694-3892 |
|     **Samuel O. Maduegbuna, Esq.** | By:  *Robert K. Drinan* |
| |     **Robert K. Drinan, Esq.** |
| |     Executive Agency Counsel |
| |     Of Counsel |

**SO ORDERED**:

_____
**JUDGE ANDREW L. CARTER**
**United States District Judge**

Doc. No. 2031921