UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD BROWN,<br><br>    Plaintiff,<br> -against-<br><br>NEW YORK CITY TRANSIT AUTHORITY, METROPOLITAN TRANSPORTATION AUTHORITY, SARAH E. FEINBERG, CAROLYN POKORNY, JOSEPH NASELLA, and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),<br><br>    Defendants. | No.: 22 Civ. 2949 (ALC)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE,** that upon the Memorandum of Law in Support of Defendants New York City Transit Authority, Metropolitan Transit Authority, Sarah E. Feinberg, and Joseph Nasella's Motion to Dismiss the Amended Complaint, May 26, 2023; the Declaration of Jeanine Conley Daves in Support of Defendants' Motion to Dismiss the Amended Complaint, dated May 26, 2023, and the exhibit attached thereto; and all of the pleadings and proceedings heretofore had herein, Defendants New York City Transit Authority, Metropolitan Transit Authority, Sarah E. Feinberg, and Joseph Nasella, by and through their attorneys, Littler Mendelson, P.C., will make a motion before the Honorable Andrew L. Carter at the United States District Courthouse, Southern District of New York, 40 Foley Square, New York, New York 10007, on a date and time to be scheduled by the Court, for an order pursuant to Rule (b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint against Defendants in its entirety and for such other and further relief as the Court may deem just and proper.

Dated:  May 26, 2023

                                                */s/*
                                Jeanine Conley Daves
                                Gary Moy
                                LITTLER MENDELSON, P.C.
                                900 Third Avenue
                                New York, New York  10022.3298
                                212.583.9600

*Attorneys for Defendants New York City Transit Authority, Metropolitan Transit Authority, Sarah E. Feinberg, and Joseph Nasella*