# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005

(212) 232-0155
FAX: (212) 232-0156

www.mcande.com

April 11, 2024

**VIA ECF**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: **Todd Brown v. New York City Transit Authority, et al.**
<u>Docket No.: 22-cv-02949-ALC</u>

Dear Judge Carter:

We represent the plaintiff, Todd Brown, in the above-captioned matter and write further to the Court's Order that Plaintiff file his Second Amended Complaint by April 12, 2024 (Dkt. # 56), to request a one-week extension of time, until April 19, to file the Second Amended Complaint.

The reason for the request is that Plaintiff's counsel is currently traveling overseas attending the funeral of a family member. The travel is complicated by intermittent Internet service, hence the late application. Plaintiff has requested that defense counsel consent, but to place this matter before the Court's attention prior to the deadline of April 12, Plaintiff is submitting this letter request before receiving an answer from the defendants.

As such, Plaintiff respectfully requests that he be granted an additional one week, until April 19, 2024, to file the Second Amended Complaint.

We thank the Court for its attention to this matter.

Very truly yours,

Samuel O. Maduegbuna

SOM/clg

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2024
New York, NY