UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __May 3, 2024__

TODD BROWN,

*Plaintiff*,

-against-

NEW YORK CITY TRANSIT AUTHORITY, et al,

*Defendants*.

22-cv-02949 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

By letter dated April 30, 2024, Defendants have requested that the Court waive their obligations under paragraph 2(A) of the Court's Individual Practices to file a pre-motion conference letter before they file a motion to dismiss Plaintiff's Second Amended Complaint. Should the Court deny the Defendants' request to waive the filing of a pre-motion conference letter and require that the letter be filed in advance of their motion to dismiss, the Defendants seek a two-week extension to file their respective letter from May 3, 2024, to May 17, 2024. Plaintiff opposed the Defendants' request.

In light of the pending Motion to Dismiss, the Defendants' request to waive the filing of a pre-motion conference letter has been **DENIED** and the two-week extension for Defendants to file the letter from May 3, 2024 to May 17, 2024 has been **GRANTED**. The Clerk of the Court is respectfully directed to close the letter motion at ECF No. 60.

**SO ORDERED.**

Dated: May 3, 2024
    New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

1